```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:23-MJ-05339-RA-1
     -against-                      :   ORDER
                                    :
Deandre Jackson                     :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions be modified to include:

- Mental health evaluation/treatment as directed by Pretrial Services

Dated: March 15, 2024
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge