UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEANDRE JACKSON,<br>                    Defendants. | No. 23-MJ-5339 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

 IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

- Mr. Jackson shall be subject to home detention enforced by location monitoring.

SO ORDERED.

Dated:    September 10, 2024
          New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge