Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **135 Prospect Street** | **299 Broadway, Suite 800** |
| **Ridgewood, NJ 07450** | **New York, NY 10007** |
| | (Preferred mailing address) |

December 5, 2024

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 5, 2024

Re:   United States v. Deandre Jackson, 23 Mag. 5339

Dear Judge Abrams:

    I am defense counsel for Deandre Jackson, who is on Home Detention as a condition of pretrial release. He is scheduled to plead guilty at 10 AM on December 10, 2024.

    Mr. Jackson respectfully seeks permission to attend his maternal grandfather's surprise, 75th birthday party on December 8, 2024. As reflected in the flyer I provided to Pretrial and the Government, the "formal attire celebration" starts at 8:30 PM and ends at 1 AM, and it is at Shekinah Banquet Hall, 188-21 Linden Boulevard, Queens, New York. He would be travelling to the celebration with his mother, and they would leave home at 7:30 PM and arrive home by 1 AM.

    Pretrial Services Officer Francesca Piperato informs me: "Per home detention policy we object to social requests but do note his compliance thus far."

    AUSA Benjamin Burkett informs me that he takes no position on this application.

Sincerely,
/s/

Donald J. Yannella, Esq.

cc. Pretrial Services Officer Piperato